**UNPULISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7751**

---

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

JUDY A. SIMEK,

                                    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge. (CR-97-241)

---

Submitted:  April 27, 2001                    Decided:  May 3, 2001

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Judy A. Simek, Appellant Pro Se.  William Neil Hammerstrom, Jr., Gavin Alexander Corn, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM

Judy A. Simek appeals the district court's order denying her motion for error coram nobis in her action to vacate her sentence under 28 U.S.C.A. § 2255 (West 2000). <u>See</u> Fed. R. Civ. P. 60(b). Simek has not appealed the underlying judgment denying her § 2255 motion, nor is it reviewable, as her notice of appeal was not filed within sixty days of the entry of that order. <u>See</u> <u>Browder v. Director, Dep't of Corr. of Ill.</u>, 434 U.S. 257, 264 (1978). Furthermore, because Simek's Rule 60(b) motion raises claims attacking her sentence, it was properly construed as a successive motion under 28 U.S.C.A. § 2255 (West Supp 2000). <u>See</u> <u>United States v. Wilson</u>, 901 F.2d 378, 380 (4th Cir. 1990) (affirming construal of "motion coram nobis" as collateral attack on sentence under § 2255). Accordingly, we affirm the order of the district court dismissing Simek's Rule 60(b) motion for writ of error coram nobis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>